POSNER LAW PLLC
Gabriel Posner, Esq.
NJ Bar ID 137312015
270 Madison Avenue, Suite 1203
New York, New York 10016
Phone: (646) 546-5022
gabe@PosnerLawPLLC.com
*Counsel for Plaintiff and*
*Settlement Class Counsel*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| SHABANI STEWART, for herself and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>EARLY WARNING SERVICES, LLC<br><br>Defendant. | Civil Case No. 2:18-cv-03277-CCC-SCM<br><br>**PLAINTIFF'S MOTION FOR CLASS ACTION ATTORNEY FEES AND COSTS AND INDIVIDUAL SERVICE AWARD TO NAMED PLAINTIFF**<br><br>**MOTION DATE: May 18, 2020** |

PLEASE TAKE NOTICE, Plaintiff Shabani Stewart, for herself and on behalf of the classes of similarly situated persons provisionally certified herein [ECF 41], shall move the Court, as of the motion date set forth above:

- for an award of attorney fees to class counsel, Posner Law PLLC, in this matter of $925,000, allocated as $740,000 from the (b)(3) Settlement Fund, and $185,000 from the (b)(2) Settlement Fund; and

- an individual service award to named Plaintiff, Shabani Stewart, in the amount of $7,500, allocated as $3,750 from the (b)(2) Settlement Fund and $3,750 from the (b)(3) Settlement Fund; and

1

PLEASE TAKE FURTHER NOTICE submitted herewith, in support of the instant motion, is a Memorandum of Law and a Declaration of Counsel Gabriel Posner, Esq.; and

PEASE TAKE FURTHER NOTICE, the awards requested herein are subject to a hearing scheduled by the Court for June 22, 2020, 10:00 a.m. [ECF 41 ¶9].

Dated: April 13, 2020

                                                  **POSNER LAW PLLC**

                                                  *s/ Gabriel Posner, Esq.*
NJ Bar ID 137312015
270 Madison Avenue, Suite 1203
New York, New York 10016
Phone: (646) 546-5022
gabe@PosnerLawPLLC.com
*Counsel for Plaintiff and*
*Settlement Class Counsel*